UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-603 CAS (OPx) | Date | June 25, 2012 |
|---|---|---|---|
| Title | CRUZ v. SELECT PORTFOLIO SERVICING; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Anne Kielwasser | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | Richard Kim |

**Proceedings:** **DEFENDANT SELECT PORTFOLIO SERVICING'S MOTION TO DISMISS** (filed 4/27/2012)

**PROPOSED DEFENDANT LA SALLE BANK NATIONAL ASSOCIATION'S MOTION TO INTERVENE** (filed 4/27/2012 and 5/4/2012)

On March 22, 2012, pro se plaintiff Said Cruz filed the instant action in the Riverside County Superior Court against defendants Select Portfolio Servicing, Inc. ("Select Portfolio") and Quality Loan Service Corp. On April 23, 2012, defendants removed the action to this Court. On April 27, 2012, Select Portfolio filed a motion to dismiss. Also on April 27, 2012, La Salle Bank National Association ("La Salle") filed a motion to intervene in this action as a party-defendant and to join the motion to dismiss. La Salle claims that the original lender assigned all beneficial interests under the Subject Deed of Trust to La Salle on October 15, 2005. RJN, Exh. E.

Plaintiff failed to file an opposition to either motion and failed to appear at oral argument on June 25, 2012. Accordingly, both motions are GRANTED and plaintiff's complaint is dismissed WITHOUT PREJUDICE. L.R. 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."). Plaintiff shall have **30 days** to amend his complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-603 CAS (OPx) | Date | June 25, 2012 |
|---|---|---|---|
| Title | CRUZ v. SELECT PORTFOLIO SERVICING; ET AL. | | |

Plaintiff is admonished that failure to timely file an amended complaint may result in dismissal with prejudice.

    IT IS SO ORDERED.

|  | 00 | : | 01 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |