## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL              JS-6

| Case No. | EDCV 12-603-CAS (OPx) | Date | October 2, 2012 |
|---|---|---|---|
| Title | SAID CRUZ V. SELECT PORTFOLIO SERVICES ET. AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (**In Chambers:**) ORDER DISMISSING CASE WITH PREJUDICE

On March 22, 2012, pro se plaintiff Said Cruz filed the instant action in the Riverside County Superior Court against defendants Select Portfolio Servicing, Inc. ("Select Portfolio") and Quality Loan Service Corp. On April 23, 2012, defendants removed the action to this Court. On April 27, 2012, Select Portfolio filed a motion to dismiss. Also on April 27, 2012, La Salle Bank National Association ("La Salle") filed a motion to intervene in this action as a party-defendant and to join the motion to dismiss. La Salle claims that the original lender assigned all beneficial interests under the Subject Deed of Trust to La Salle on October 15, 2005. RJN, Exh. E.

On June 25, 2012, the Court dismissed plaintiff's complaint and gave plaintiff thirty days to file an amended complaint.  Plaintiff has not made any filings with the Court since June 25, 2012, and therefore the Court hereby DISMISSES plaintiff's case with prejudice.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |